# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY ILENE PYZER, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | 4:17CV3094 <br><br> ORDER |

Plaintiff has submitted a motion to proceed in forma pauperis. (Filing No. 2). Upon review of the request, I will waive payment of fees and grant Plaintiff leave to proceed in forma pauperis. Accordingly,

**IT IS ORDERED** that Plaintiff's motion to proceed in forma pauperis (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and accompanying pleadings without prepayment of costs or fees.

**Dated: July 27, 2017.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**