# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIE ILENE PYZER, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner Of Social Security, <br><br> Defendant. | 4:17CV3094 <br><br> **ORDER** |

This is an action challenging a final decision of the Commissioner of the Social Security Administration. The answer and administrative record have been filed and the parties have consented to disposition by the undersigned magistrate judge. The case will be progressed according to General Order No. 2015-05: In the Matter of Procedures for Social Security Cases ([Filing No. 6](Filing No. 6)). Accordingly,

**IT IS ORDERED:**

1. Plaintiff shall file a motion for an order reversing the Commissioner's decision, or granting other relief, together with a supporting brief by November 20, 2017;

2. Defendant shall file a motion for an order affirming the Commissioner's decision, or granting other relief, together with a supporting brief by December 20, 2017;

3. Plaintiff may file a reply brief by January 3, 2018;

4. The parties' briefs shall comply with the requirements set forth in the General Order;

5. This case shall be ripe for decision on January 4, 2018.

Dated this 27th day of October, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge